# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### *(AMENDED)* CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | John C. Hollister |
| **Case Number:** | 11-21196-JAD   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 12, 2012 02:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
2012 MAY 29 A 8:29
CLERK
U.S. BANKRUPTCY
COURT - PGH

*Matter:*

~~#2 - Continued Plan Dated 3-3-11 (NFC)~~   #35 - Plan dated 1-9-12 (NFC)
R / M #: 2 / 0                                (Corrected 3-14-12, cgt)

*Appearances:*

Debtor: K. Steidl
Trustee: Winnecour / Bedford / (Gregg) / Pail

Creditor:

*Proceedings:*

Outcome: _____

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Other:

1/6/2012    2:36:38PM